UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILENE BUCHHOLZ,<br><br>   Plaintiff,<br><br>v.<br><br>DAVE HUMPHREY, *et al.*,<br><br>   Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Civil No. 03cv1617-L(WMc)<br><br>**ORDER STRIKING DOCUMENT FROM THE RECORD** |

On October 11, 2006, Defendants filed a pleading styled as "Defendant's Motion for Attorney Fees" (docket no. 138, attachment no. 1), which essentially appears to be their memorandum of points and authorities in support of their motion for attorneys' fees. The pleading is being stricken for failure to comply with Civil Local Rule 7.1(f)(1) and (h).

For the foregoing reasons, **IT IS HEREBY ORDERED** as follows:

1. The Clerk of the Court is instructed to **STRIKE FROM THE RECORD** Defendants' Motion for Attorney Fees" (docket no. 138, attachment no. 1) filed October 11, 2006.

2. If Defendants wish to replace the stricken pleading with one in compliance with all pertinent Civil Local Rules, they shall do so no later than **November 14, 2006**.

/ / / / /

03cv1617

3. In light of the parties' continued disregard for the Court's orders (*see, e.g.,* order filed 6/27/06) and local rules, they are hereby **ADMONISHED** that monetary sanctions may be imposed for any future failure to comply will all applicable rules and orders.

**IT IS SO ORDERED**.

DATED: October 31, 2006

M. James Lorenz
United States District Court Judge

COPY TO:

HON. LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL