|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ILENE BUCHHOLZ, | ) | Civil No. 03cv1617-L(WMc) |
|---|---|---|
| Plaintiff, | ) | **ORDER STRIKING DOCUMENT FROM THE RECORD** |
| v. | ) | |
| DAVE HUMPHREY, *et al.*, | ) | |
| Defendants. | ) | |
| AND RELATED COUNTERCLAIMS. | ) | |

On November 13, 2006, Defendants filed a Notice of Motion by Defendants for Attorney Fees, Memorandum of Points and Authorities in Support of Motion by Defendants for Attorney Fees, Declaration of Stephen D. Lucas in Support of Defendants' Motion for Attorney Fees, and Notice of Lodgment in Support of Defendants' Motion for Attorney Fees (docket no. 141). Defendants filed essentially the same pleadings on October 11, 2006 (docket no. 138). By order filed October 31, 2006, the court struck a pleading styled as "Defendant's Motion for Attorney Fees" (docket no. 138, attachment no. 1) for failure to comply with Civil Local Rule 7.1(f)(1) and (h). Defendants were granted leave to replace the stricken pleading with one in compliance with all pertinent Civil Local Rules. Instead of replacing only the stricken pleadings, Defendants attempted to replace all of their pleadings filed October 11. Accordingly, the Court hereby

1 | strikes those pleadings as to which leave to refile had not been granted.

2 |     For the foregoing reasons, **IT IS HEREBY ORDERED** as follows:

3 |     1. The Clerk of the Court is instructed to **STRIKE FROM THE RECORD** Declaration of Stephen D. Lucas in Support of Defendants' Motion for Attorney Fees and Notice of Lodgment in Support of Defendants' Motion for Attorney Fees (docket no. 141, attachments no. 2-4) filed November 13, 2006.

    2. In light of the parties' continued disregard for the Court's orders (*see, e.g.,* orders filed 6/27/06 and 10/31/06) and local rules, they are hereby **ADMONISHED** that monetary sanctions may be imposed for any future failure to comply will all applicable rules and orders.

**IT IS SO ORDERED**.

DATED: November 16, 2006

                                          M. James Lorenz
United States District Court Judge

COPY TO:

HON. LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL